UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America

Plaintiff,

vs.

FABIAN HORACIO CALVO-COCOVI
Defendant.

) CR 10-03379-RCC(BPV)
)
) CONSENT OF DEFENDANT
) AND
) ORDER OF REFERRAL

FILED
RECEIVED ___ LODGED
___ COPY
JAN 21 2011
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## ORDER OF REFERRAL

Defendant _____FABIAN HORACIO CALVO-COCOVI_____ having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge _____VELASCO_____ to administer the allocution pursuant to Rule 11, Fed. R. Crim. P., and to make findings as follows:

(A) whether Defendant (1) is competent to enter into a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charges; and a recommendation as follows:

(B) whether the plea of guilty should be accepted by the District Court.

The Magistrate Judge is requested to use the allocution drafted and used by the Court in taking a guilty plea.

SO ORDERED:

_____
Raner C. Collins
United States District Judge

## CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge.

I consent to the above referral

_Fabian Horacio Calvo_
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED this ___21___ day of ___JANUARY___, 2011